[No. 22957-9-II.    Division Two.    August 13, 1999.]

DAVID JENNINGS, ET AL., *Appellants*, v. BRINKS HOME
SECURITY, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 96-2-10683-1, Brian Tollefson, J., entered January 23, 1998. *Affirmed* by unpublished opinion per Morgan,
J., concurred in by Houghton and Hunt, JJ.

[No. 23156-5-II.    Division Two.    August 13, 1999.]

JIM BUCHANAN, ET AL., *Appellants*, v. IRENE KETTNER,
*Respondent*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 98-2-04036-5, Bruce W. Cohoe, J., entered
March 6, 1998. *Affirmed* by unpublished opinion per
Morgan, J., concurred in by Houghton and Hunt, JJ. Now
published at 97 Wn. App. 370.

[No. 23279-1-II.    Division Two.    August 13, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN RAY
EMERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 97-1-01657-6, Roger A. Bennett, J., entered
May 1, 1998. *Affirmed* by unpublished opinion per Armstrong, A.C.J., concurred in by Morgan and Houghton, JJ.

[No. 23547-1-II.    Division Two.    August 13, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY L.
PAINTER II, *Appellant*.

Appeal from a judgment of the Superior Court for Mason
County, No. 98-1-00154-2, Toni A. Sheldon, J., entered July
16, 1998. *Affirmed* by unpublished opinion per Seinfeld, J.,
concurred in by Bridgewater, C.J., and Hunt, J.